# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 11, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132792(72)

AMYRUTH L. COOPER, by her Next Friend,
SHARON L. STROZEWSKI, and LORALEE
A. COOPER, by her Next Friend, SHARON L.
STROZEWSKI,
       Plaintiffs-Appellants,

v

AUTO CLUB INSURANCE ASSOCIATION,
       Defendant-Appellee.

_____

SC: 132792
COA: 261736
Washtenaw CC: 03-000367-NF

      On order of the Chief Justice, the motion by the Michigan Association for Justice for leave to file a brief *amicus curiae* in this case is considered and it is GRANTED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 11, 2008

_____
Clerk